COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 06-CI- 1184

SHEILA MEADORS
304 Wilma Avenue, #22
Louisville, KY 40229                                                                PLAINTIFF

V.                         COMPLAINT

WASHINGTON MUTUAL CARD SERVICES, INC.
( F/K/A PROVIDIAN FINANCIAL),
SERVE:    JOSEPH SAUNDERS, CEO
          P.O. Box 66059
          Dallas, TX 75266-0509
ALSO SERVE: SECRETARY OF STATE OF KENTUCKY
          JOSEPH SAUNDERS, CEO
          WASHINGTON MUTUAL CARD SERVICES, INC.
          ( F/K/A PROVIDIAN FINANCIAL),
          P.O. Box 66059
          Dallas, TX 75266-0509                                                    DEFENDANT

Comes the Plaintiff, Sheila Meadors, and for her Complaint states:

1. Her former husband, Timothy Edward Stewart, applied for and secured a credit card with Defendant, Providian Financial Credit Card, Partial account number 455996100121.

2. Purportedly her husband, or other persons unknown to her, signed her name for the credit application. Plaintiff did not sign, has not signed, and has not authorized another to sign her name to such credit card application.

3. Plaintiff, by counsel, has repeatedly corresponded with Providian and with the various credit reporting agencies to explain that she has not used, has not authorized, and did not sign such credit card application. In spite of such repeated reports Defendant continues to slander the credit of Plaintiff by reporting this card as unpaid and delinquent and negligently or intentionally does so under Plaintiff's credit.

4. The actions of the Defendant are highhanded and in willful disregard of fair dealing. Defendant is either negligent or grossly negligent or intentionally misleading in respect of their



5. As a result Plaintiff has suffered and will in the future suffer emotional upset, damage to her credit, damage to her good credit name, and damage to her financial reputation and well being, in a sum in excess of the jurisdictional threshold of this court.

6. The actions of the Defendant are so grossly negligent or willful and so highhanded that Plaintiff should, in addition to compensatory damage, recover punitive and exemplary damage of this Defendant.

WHEREFORE: Plaintiff demands compensatory and punitive damages, a jury trial, and all proper relief to which she may appear entitled.

*Sheila Meadors*

STATE OF KENTUCKY
COUNTY OF BULLITT

Before me, a Notary Public in and for the State and County aforesaid, personally appeared Sheila Meadors, who was personally known to me, or who provided satisfactory evidence and identification to me, and who being first duly sworn by me, stated under oath and penalty of perjury that she has read the foregoing complaint and that the statements contained therein are true and correct to the best of her knowledge and belief.

Witness my signature this 30 day of August, 2006.

*A. Nell Frye*
Notary Public, Kentucky State at Large
My commission expires July 22, 2007

GIVHAN & SPAINHOUR, PSC

*John E. Spainhour*
John E. Spainhour
Professional Building, Suite One
200 South Buckman Street
Shepherdsville, KY 40165
(502) 543-2218, 955-6165
Attorney for Plaintiff

M:\M\Meadors, Sheila\Complaint Providian Financial, 6.28.06.wpd